IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JARED MICHAEL WILMARTH,

        Petitioner,

   v.

BILL NOOTH,

        Respondent.

Civil No. 08-296-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Motion to Dismiss (#23) this habeas corpus action is GRANTED.

    IT IS SO ORDERED.

    DATED this 1st day of April, 2009.

                            /s/ Ann J. Brown
                            ANNA J. BROWN
                            United States District Judge

1 - ORDER -